# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In re:<br>Masters Enterprises, Inc. (Seattle) d/b/a Fax List Wholesalers,<br><br>ROBERT KAHN,<br><br>    Plaintiff,<br><br>v.<br><br>GRAND SLAM ENTERPRISES, LLC, and WAHLBURGERS FRANCHISING LLC,<br><br>    Defendants. | Case No: 2:19-mc-00169-RSL<br><br>**ORDER GRANTING STIPULATED JOINT MOTION FOR CONTINUANCE OF PLAINTIFF'S MOTION TO COMPEL** |

This matter, having come before the Court upon the stipulated Motion for Continuance of Plaintiff Robert Kahn's Motion to Compel Compliance with Subpoena Duces Tecum (Dkt. No. 1) between Plaintiff and Non-Party Respondent Masters Enterprises, Inc., and the Court having considered the same, it is hereby ORDERED, ADJUDGED, and DECREED that:

The stipulated Motion to Continue is GRANTED; Plaintiff's Motion to Compel (Dkt. No.1) shall be continued to January 24, 2020, with Masters Enterprises' response brief due no later than January 17, 2020, and the case docket updated accordingly.

Dated this 2nd day of January, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING STIPULATED JOINT MOTION FOR CONTINUANCE OF PLAINTIFF'S MOTION TO COMPEL – PAGE 1 OF 2
(2:19-mc-00169-RSL)

Oseran Hahn P.S.
929 108TH AVE NE, #1200
BELLEVUE, WA 98004
(425) 455-3900

Jointly Presented By:

OSERAN HAHN P.S.

/s/ Joshua S. Schaer
James H. Clark, WSBA #18862
Joshua S. Schaer, WSBA #31491
Attorneys for Third-Party Respondent
Masters Enterprises, Inc.

HILLIS CLARK MARTIN & PETERSON P.S.

/s/ Jessica C. Kerr,
per e-mail authorization
Eric D. Lansverk, WSBA #17218
Jessica C. Kerr, WSBA #49866
Attorneys for Plaintiff

MARC B. HERSHOVITZ, P.C.

/s/ Marc B. Hershovitz,
per e-mail authorization
Marc B. Hershovitz, *Admitted Pro Hac Vice*
Attorney for Plaintiff

ORDER GRANTING STIPULATED JOINT MOTION
FOR CONTINUANCE OF PLAINTIFF'S MOTION
TO COMPEL – PAGE 2 OF 2
(2:19-mc-00169-RSL)

Oseran Hahn P.S.
929 108TH AVE NE, #1200
BELLEVUE, WA  98004
(425) 455-3900