# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ROBERT KAHN,

    Plaintiff,

v.

MASTERS ENTERPRISES, INC. (SEATTLE) d/b/a FAX LIST WHOLESALERS,

    Defendant.

No. MC19-0169RSL

ORDER

Underlying Case: *Kahn v. Grand Slam Enterprises, LLC, et al.*, Case No. 1:17-cv-5033AT (N.D. Ga.).

This matter comes before the Court on a motion to compel filed by the plaintiff in the underlying litigation pending in the United States District Court for the Northern District of Georgia. Dkt. # 1. The target of the subpoena, Masters Enterprises, Inc., has opposed the requested relief. In light of the contested nature of this proceeding, the Clerk of Court is directed to assign a civil action number.

Dated this 21st day of January, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1