UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re Subpoena Duces Tecum served on Masters Enterprises, Inc. (Seattle) d/b/a Fax List Wholesalers | C20-93 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The motion, docket no. 1, brought by Robert Kahn, the plaintiff in the action *Kahn v. Grand Slam Enterprises, LLC, et al.*, which is pending in the Northern District of Georgia, to compel compliance with a subpoena duces tecum issued to Masters Enterprises, Inc. (Seattle) d/b/a Fax List Wholesalers ("Masters"), *see* docket no. 1-3, is DENIED. The Court is satisfied that Masters, which is not a party to the proceedings in Georgia, has fully responded to the subpoena duces tecum, and that Kahn's demand that Masters submit his personal computer to unlimited forensic analysis is not "proportional to the needs of the case." *See* Fed. R. Civ. P. 26(b)(1). Kahn seeks various Excel spreadsheets and/or other electronic files or lists that Masters has been unable to locate, and Kahn has made no showing that such materials cannot be obtained through other means, for example, from the parties in the underlying matter being litigated in Georgia.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to CLOSE this case.

Dated this 31st day of January, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1