UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re Subpoena Duces Tecum served on Masters Enterprises, Inc. (Seattle) d/b/a Fax List Wholesalers | C20-93 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court's ruling on Masters Enterprises, Inc.'s Motion to Clarify and/or Limit Scope of Minute Order, docket no. 25, is DEFERRED. The Court treats the Motion as a motion to reconsider the Court's minute order, docket no. 24, pursuant to Federal Rule of Civil Procedure 60(b). The Motion is RENOTED to April 17, 2020. Any response by Plaintiff Robert Kahn shall be filed by the new noting date. No reply shall be filed unless requested by the Court.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of April, 2020.

William M. McCool<br>
Clerk<br><br>
s/Karen Dews<br>
Deputy Clerk

MINUTE ORDER - 1