UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re Subpoena Duces Tecum served on Masters Enterprises, Inc. (Seattle) d/b/a Fax List Wholesalers | C20-93 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Masters' Motion to Clarify and/or Limit Scope of Minute Order, docket no. 25, is DENIED. Plaintiff Robert Kahn has confirmed that James Masters is "welcome to be present and observe" during the hard drive imaging process and that any discovery resulting from the subsequent forensic examination is limited to data and information Kahn seeks pursuant to the subpoena duces tecum. *See* Response to Motion to Clarify, docket no. 27 at 4, n.1. Masters Enterprises, Inc. (Seattle) d/b/a Fax List Wholesalers is ORDERED to take the actions set forth in the Court's Minute Order, docket no. 24, on or before May 8, 2020.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of April, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1